722 A.2d 926

IN THE MATTER OF RICHARD W. BANAS,
AN ATTORNEY AT LAW.

January 28, 1999.

## ORDER

The Disciplinary Review Board on November 13, 1998, having filed with the Court its decision concluding that **RICHARD W. BANAS** of **EAST HANOVER,** who was admitted to the bar of this State in 1978, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.5(b) (failure to reduce fee agreement to writing), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **RICHARD W. BANAS** is suspended from the practice of law for a period of three months, and until further Order of the Court, effective February 26, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.